UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SABRINA YOUNG,

           Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

CASE NO. C24-5377-BAT

**ORDER STRIKING PLAINTIFF'S OVERLENGTH BRIEF AND GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME WITH MODIFICATIONS**

In the scheduling order, the Court provided that plaintiff's opening brief was "**limited to 18 pages or 6300 words, whichever is less**." Dkt. 8, at 1 (emphasis in original). Plaintiff's opening brief, filed four days late and without leave to file an overlength brief, is **23 pages and certified to contain 6674 words**. Dkt. 12. The Court therefore **STRIKES** plaintiff's overlength brief, **Dkt. 12**, with leave to refile a brief complying with the requirements.

The Court **GRANTS** plaintiff's unopposed motion for an extension of time, **Dkt. 13**, with modifications:

1. The opening brief is due September 5, 2024.

2. The response brief is due October 7, 2024 or within 30 days of the date the opening is filed, whichever is earlier.

3. The optional reply brief is due October 21, 2024 or within 14 days of the date the

ORDER STRIKING PLAINTIFF'S OVERLENGTH BRIEF AND
GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME WITH MODIFICATIONS - 1

1 | opening is filed, whichever is earlier.

2 | DATED this 3rd day of September, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S OVERLENGTH BRIEF AND
GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME WITH MODIFICATIONS - 2